Micah Kelley
NAME
P21536
PRISON NUMBER
F1-5-241

P.O. Box 799001
CURRENT ADDRESS OR PLACE OF CONFINEMENT

San Diego, CA 92179-9001
CITY, STATE, ZIP CODE

2254 □ 1983 □
FILING FEE PAID
Yes □  No ☑
IFP MOTION FILED
Yes □  No ☑
CONSENT TO
Court ☑  Pro Se □

**FILED**

AUG - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Micah Kelley                    ,
(FULL NAME OF PETITIONER)

                    PETITIONER

v.

Robert J. Hernandez            ,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

                    RESPONDENT

        and

Edm;und G. Brown, Jr.          ,
The Attorney General of the State of
California, Additional Respondent.

Civil No. **'08 CV 1440 BTM BLM**
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   California Superior Court, San Bernardino County

2. Date of judgment of conviction: Dec. 10, 1998

3. Trial court case number of the judgment of conviction being challenged: FVA 09223/ SWHSS 9319

4. Length of sentence: 2 years

CIV 68 (Rev. Dec. 1998)                                    K:\COMMON\FORMS\CIV-68.

5.  Sentence start date and projected release date: _____ Releaved March 13, 1999 ____

6.  Offense(s) for which you were convicted or pleaded guilty (all counts): _ P.C. 186.22 _
    (A) and P.C. 12022.5 (A) _____

    _____

7.  What was your plea? (CHECK ONE)
    (a)  Not guilty          ☒
    (b)  Guilty              ☐
    (c)  Nolo contendere     ☐

8.  If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
    (a)  Jury       ☒
    (b)  Judge only ☐

9.  Did you testify at the trial?
    ☐ Yes  ☒ No

### DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☐ Yes  ☒ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a)  Result: _____
    (b)  Date of result, case number and citation, if known: _____
         _____
    (c)  Grounds raised on direct appeal: _____
         _____
         _____
         _____

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a)  Result: _____
    (b)  Date of result, case number and citation, if known: _____
         _____
    (c)  Grounds raised: _____
         _____
         _____
         _____

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result: _____

    (b) Date of result, case number and citation, if known: _____

        _____

    (c) Grounds raised: _____

        _____

        _____

        _____

        _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
  ☒ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number: _SWHSS 9319_

    (b) Nature of proceeding: _Petition for Writ of Habeas Corpus_

    (c) Grounds raised: _Insufficient Evidence, Actual Innocence, Provecutor Misconduct Improper Jury Instructions, Conviction of Conduct Protected by 1st Amendment_

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
      ☒ Yes  ☐ No

    (e) Result: _Denied_

    (f) Date of result: _April 2, 2007_

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
  ☒ Yes  ☐ No

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number: ___E043051___

    (b) Nature of proceeding: ___Petition for Review___

    (c) Grounds raised: ___Same Grounds in Petition for Writ of Habeas___
       ___Corpus___

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
       ☑ Yes  ☐ No

    (e) Result: ___Denied___

    (f) Date of result: ___May 22, 2007___

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☐ Yes  ☒ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number: _____

    (b) Nature of proceeding: _____

    (c) Grounds raised: _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
       ☐ Yes  ☐ No

    (e) Result: _____

    (f) Date of result: _____

20.  If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

Because the Court of Appeal did n ot review a opinion and
the direct appeal of my other case began. I also was
transferred and was denied aceess to the law library

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21.  Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
☒ Yes ☐ No    (IF "YES" SKIP TO #22)

(a)  If no, in what federal court was the prior action filed? _____

(i)  What was the prior case number? _____

(ii)  Was the prior action (CHECK ONE):

☐ Denied on the merits?

☐ Dismissed for procedural reasons?

(iii)  Date of decision: _____

(b)  Were any of the issues in this current petition also raised in the prior federal petition?

☐ Yes ☐ No

(c)  If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?

☐ Yes ☐ No

## CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State concisely every ground on which you claim that you are being held in violation of the constitution, law or treaties ot the United States.

(a) Ground One:

Petitioner is actually innocent of the crime of which he was convicted, resulting in a miscarriage of justice. This violated petitioner's due process right guaranteed by the U.S. Constitution's 5th and 14th Amendments. Case authority: Schlup.V.Deio, 513 U.S. 298 (1995)

Supporting FACTS:

The petitioner was found not guilty on the underlying offence of attempted murder and the two (2) lesser charges of assault with a deadly weapon A&B, but was still found guilty on a gang enhancement (186.22)(A) and a gun enhancement (12022.5 (A), which is an incorrect verdict and an illegal conviction. Both convictions are "Specifice Enhancements" under penal code § (1170.11) that relates to the circumstances of the underlying crime, which the petitioner was fully acquitted of. In order to be held liable of 186.22(A), one must "at least" aid an abet a separate felony offence committed by a gang member. The petitioner was acquitted of all separate felony offences. The trial court failed to vacate these illegal convictions. 186.22(A) is a criminal gang offence. Actions have to be criminal. The petitioner was acquitted of all criminal conduct.

Did you raise Ground One in the California Supreme Court? No

7. GROUNDS FOR RELIEF

Ground 2:

    Petioner's conviction resulted from Jury instructions that were fundamentally defective such that petitioner is actually innocent of the charge he was convicted. This violated the petitioner's right to due process, right to jury trial, as guaranteed by the U.S. Constitution's 5th and 14th Amendments and 6th Amendment. Case authority: Richardson v. U.S. 813, (1999)

Supporting FACTS:

    The trial court failed to explain in detail the jury instructions to the underlying offence and the specific enhancements allegations and failed to instruct that if found not guilty on the underlying offence and the two (2) lesser charges that the petitioner must be fully acquitted of all other charges thereof. It is illegal to impose a sentence on an enhancement but not on the underlying offences, which the petitioner was fully acquited of. The jury failed to return the correct verdict. 186.22(A) requires one to willfully promote, further, or assist "felonious crimes/cunduct." The petitioner was fully acquited of all felonious criminal conduct.

Did you raise Ground two in the California Supreme Court? No

8. Ground 3:

Petitioner was convicted on the basis of conduct which consti-
tuted protected freedom of association. This violated peti-
tioner's right to freedom of association as guaranteed by the
U.S. Constitution, the 5th, 14th, and 1st Amendments. Case
authority: N.A.A.C.P.V.Alabama, 357 447 (1958)

Supporting FACTS:

The legislative findings and declaration of the street terror-
ism enforcement and prevention act (S.T.E.P.) Act, specifically
states it is not the intent of the chapter to interfere with
the exercise of the constitutionally protected rights of free-
dom of expression and association that are protected by 1st,
5th, and 14th Amendments. The constitutional Rights of every
citizen to harbor and express beliefs on any lawful subject
whatsoever and associate with others who share similar beliefs.
So when convicted of 186.22(A) without a separate crime, fel-
ony or misdemeanor those rights and beliefs are infringed up-
on and violated. It is not illegal to be a gang member, it is
illegal to be a gang member and commit a crime. States re-
quires active participation and cannot punish a person for
actions of associates.

Did you raise Ground 3 in the California Supreme Court? No

### statement of facts

Petitioner was convicted on less than proof beyond a reasonable
doubt of every element of the charged crime. This violated the
petioner's right to due process and a fair trial, as guaranteed
by the United States Constitution and the 5th and 14th amendments.
case authority: In Re Windship, 397 U.S. 358 (1970)
In order to satisfy the requirements for street terrorism, 186.22
(A) prosecution has to prove a pattern of criminal gang activity
through two (2) predicate offenses or more, on separate occassions,
or by two or more persons withimna three (3) year period, which
would be impossible because prior to this case neither the petition-
er or the co-defendants had prior convictions, and the charged
underlying crime could not be used because the petitioner was fully
acquitted of that. The prosecution must also prove that the peti-
tioner "aided and abettedaa separate felony offence," which would
also be impossible because the petitioner was fully acquitted  of
all separate underlying offences. The statue also requires that
one must actively participate in the felonious criminal conduct.
Conduct which is clearly felonious, i.e. whihc amounts to commission
of offence punishable by imprisonment in State prison.
(People v Gamez (App.4.dist. 1991) 286 Cal.RPTR.894, 235 Cal.App.
3d 957. (People v IoeUn (1997) 69 Cal.RPTR.2d 776
17 Cal.4th.1¢ 947 p. 2d 1313 (In Re Nathaniel. C. (App.1dist.1991)
279, Cal.RPTR 236, 228 Cal.App. 301 990. (In Re eliodio (App.5
Dist.1997) 66 Cal.RPTR.2d 95, 56.Cal.App.4th 1175 (In Re Jose P
App.6.dist. 2003) 130 Cal.RPTR.2d 810, 106 Cal.App.4th 458

(B)

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?

☒ Yes  ☒ No

**24.** If your answer to #23 is "Yes," give the following information:

    (a) Name of Court: _California Superior Court, Fontana_

    (b) Case Number: _FVA 23650 || E043200_

    (c) Date action filed: _Oct. 18, 2007_

    (d) Nature of proceeding: ___Criminal & Appeal_

    (e) Grounds raised: ___Instructional Jury Error_

    (f) Did you receive an evidentiary hearing on your petition, application or motion?

    ☒ Yes  ☐ No

**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing: _Fontan's Public Defender's Office_

    (b) At arraignment and plea: ___Public Defender_

    (c) At trial: _Micheal Duncan, San Bernardino Count State appointed_

    (d) At sentencing: _Michael Duncan_

    (e) On appeal: ___n∅Ae_

    (f) In any post-conviction proceeding: _n||a_

    (g) On appeal from any adverse ruling in a post-conviction proceeding: _n||a_

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☒ Yes ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☒ Yes ☐ No
(a) If so, give name and location of court that imposed sentence to be served in the future:
California Superior, San Bernardino Co unty

(b) Give date and length of the future sentence: 27 years to life

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☒ Yes ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____(PRO PER)_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

7/14/08
(DATE)

_____
SIGNATURE OF PETITIONER

Micah Akeem Kelley
No. P21536-Fac-1-5-136
Donovan Correctional Facility
P.O. Box 799001
San Diego, Ca. 92179-9001


IN AND FOR THE CALIFORNIA SUPREME COURT
STATE OF CALIFORNIA


To: Clerk Office


Dear Sir/Madam,

I am the above name inmate in regards to this letter. I'm
requesting this court to provide me with the case number and
file date my petition for review by writ of habeas corpus was
filed in this court. I'm enclosed a self stamp return envelope
in regard to the matter.


Executed on:_____

Respectfully Submitted

*Micah Kelley*
Micah Akeem Kelley

Name MICAH AKEEM KELLEY

Address R.J DONOVAN

P.O. BOX 799001

SAN DIEGO, CA 92179-9001

CDC or ID Number P.21536

PETITION FOR
REVIEW.

## SUPREME COURT OF CALIFORNIA

(Court)

**PETITION FOR WRIT OF HABEAS CORPUS**

APPELLANT MICAH AKEEM KELLEY
Petitioner

vs.

CALIFORNIA Attorney General
Respondent

No. _____

(To be supplied by the Clerk of the Court)

CASE #. FVA09223/SWHSS939

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

THOMSON
*
WEST

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380

Name **MICAH AKEEM KELLEY**

Address **9500 ETIWANDA AVE.**

**RANCHO CUCAMONGA, CA**
**91739**

CDC or ID Number **#0603343342**
**CDC# P.21536**

**State of California, Court of**
**Appeal, 4TH Appellate District (Division 2)**
**County of (Court) San Bernardino.**

---

"**Appellant,**" **MICAH AKEEM KELLEY**
Petitioner

vs.

**CALIFORNIA Attorney General**
Respondent

**PETITION FOR WRIT OF HABEAS CORPUS**

No. _____
*(To be supplied by the Clerk of the Court)*

**(CASE NO. FVA09223/SWHSS9319**

---

## INSTRUCTIONS — READ CAREFULLY

€ If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

€ If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

€ Read the entire form *before* answering any questions.

€ This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

€ Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

€ If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

€ If you are filing this petition in the Court of Appeal, file the original and four copies.

€ If you are filing this petition in the California Supreme Court, file the original and thirteen copies.

€ Notify the Clerk of the Court in writing if you change your address after filing your petition.

€ In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

---

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as amended effective January 1, 1999]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. January 1, 1999]
Optional Form

**PETITION FOR WRIT OF HABEAS CORPUS**

THOMSON
WEST

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rules 56.5, 201(h)

**This petition concerns:**

- [✓] A conviction
- [ ] Parole
- [✓] A sentence
- [ ] Credits
- [ ] Jail or prison conditions
- [ ] Prison discipline
- [ ] Other (specify): _____

1. Your name: MICAH AKEEN KELLEY

2. Where are you incarcerated? SAN BERNARDINO COUNTY JAIL

3. Why are you in custody? [✓] Criminal Conviction   [ ] Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

I WAS FULLY ACQUITTED OF MY UNDERLYING OFFENSE OF ATTEMPTED MURDER and THE 2 LESSER CHARGES OF ASSAULT but FOUND

b. Penal or other code sections: GUILTY OF 2 ENHANCEMENTS P.C. 186.22(A) & 12022.5

c. Name and location of sentencing or committing court: SAN BERNARDINO COUNTY, WEST VALLEY

d. Case number: FVA09223 / SWHSS9319

e. Date convicted or committed: 12/10/98

f. Date sentenced: 12/10/98

g. Length of sentence: 2 YEARS

h. When do you expect to be released? PAROLED MARCH 13, 1999

i. Were you represented by counsel in the trial court? [✓] Yes. [ ] No. If yes, state the attorney's name and address:

MICHEAL DUNCAN, STATE APPOINTED

4. What was the LAST plea you entered? *(check one)*

- [✓] Not guilty
- [ ] Guilty
- [ ] Nolo Contendere
- [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

- [✓] Jury
- [ ] Judge without a jury
- [ ] Submitted on transcript
- [ ] Awaiting trial

6. **GROUNDS FOR RELIEF**

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

PETITIONER IS ACTUALLY INNOCENT OF THE CRIME OF WHICH HE WAS
CONVICTED, RESULTING IN A MISCARRIAGE OF JUSTICE WHICH CAN BE
CORRECTED ON HABEAS CORPUS. THIS VIOLATED PETITIONERS RIGHT
TO DUE PROCESS, GUARANTEED by THE U.S CONSTITUTION 5TH AND 14TH
AMENDMENTS. CASE AUTHORITY: SCHLUP V. DELO, 513 U.S 298 (1995)

a. **Supporting facts:**
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at *what time (when)* or place *(where). (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

I WAS FOUND NOT GUILTY ON MY UNDERLYING OFFENSE
OF ATTEMPTED MURDER AND THE 2 LESSER CHARGES
OF ASSAULT WITH A DEADLY WEAPON A&B, BUT WAS
STILL FOUND GUILTY ON A GANG ENHANCEMENT (186.22(A))
AND A GUN ENHANCEMENT (12022.5(A)) AN INCORRECT
VERDICT AND AN ILLEGAL CONVICTION. BOTH CONVICTIONS
ARE "SPECIFIC ENHANCEMENTS" UNDER P.C SECTION "1170.11",
THAT RELATES TO THE CIRCUMSTANCES OF THE UNDERLYING
CRIME, WHICH I WAS FULLY ACQUITTED OF. IN ORDER TO
BE HELD LIABLE OF 186.22(A) YOU MUST AT LEAST
AID OR ABET A SEPERATE FELONY OFFENSE
COMMITED BY GANG MEMBERS. TRIAL COURT
FAILED TO VACATE THESE ILLEGAL CONVICTIONS

b. **Supporting cases, rules, or other authority (optional):**
(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

(PEOPLE V. GREEN), SUPRA, 227 CAL. APP.3d AT P. 699, 278
CAL. RPTR. 140. (PEOPLE V. CASTENADA, SUPRA 23 CAL.
4TH 743, 750, 97 CAL. RPTR. 2d 906, 3 P.3d 278 (IN RE ALBERT
R.) (APP. 4 dIST. 1991) CAL. RPTR. 2d 398, 235 CAL. APP.3d 1309
(IN RE HARRIN, (1993) 5 CAL. 4TH 813 (IN RE WINSHIP, 397 U.S 358, 3

**6. GROUNDS FOR RELIEF**

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

PETITIONER's CONVICTION RESULTED FROM JURY INSTRUCTIONS THAT WERE
FUNDAMENTALLY DEFECTIVE, SUCH THAT PETITIONER IS ACTUALLY INNOCENT
OF THE CHARGES ON WHICH HE WAS CONVICTED. THIS VIOLATED PETITIONERS
RIGHT TO DUE PROCESS, RIGHT TO JURY TRIAL, AS GUARANTEED by THE
U.S. CONSTITUTION. The 5TH, 14TH and 6TH AMENDMENTS. CASE
AUTHORITY: RICHARDSON V. U.S. 526 U.S. 813 (1999)

a. **Supporting facts:**
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

THE TRIAL COURT FAILED TO EXPLAIN IN DETAIL
THE JURY INSTRUCTIONS TO THE UNDERLYING OFFENSE
AND THE SPECIFIC ENHANCEMENT ALLEGATIONS AND
FAILED TO INSTRUCT THAT IF FOUND NOT GUILTY
ON THE UNDERLYING OFFENSE AND THE TWO
LESSER CHARGES THAT I SHOULD be FULLY
ACQUITTED OF ALL CHARGES THERE OF. IT IS
ILLEGAL TO IMPOSE A SENTENCE ON AN EN-
HANCEMENT, BUT NOT ON THE UNDERLYING OFFEN-
SE WHICH I WAS ACQUITTED OF. JURY FAILED
TO RETURN THE CORRECT VERDICT. 186.22 (A)
REQUIRES YOU TO WILLFULLY PROMOTE, FURTHER, OR ASSIST
"FELONIOUS CRIMINAL CONDUCT". I WAS ACQUITTED OF ALL FELONIOUS CONDUCT

b. **Supporting cases, rules, or other authority (optional):**
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

PEOPLE V. McFARLAND (1989) 47 CAL. 3d 798, 802 F.N. 6, 254 CAL. RPTR
331, 765 P. 2d 493. PEOPLE V. BRADLEY (1998) 64 CAL. App. 4TH 386, 390,
75 CAL. RPTR. 2d 244. (HEWITT V. HELMS, 59 U.S. 460 (1983)) FORD V.
WAINWRIGHT, 447 U.S. 399 (1983) (JACKSON V. VIRGINIA, 443 U.S. 3
(PEOPLE V. KELLY (1992) 1 CAL. 4TH 495, 525, 3 CAL. RPTR 2d) (19

7. **Ground 2 or Ground ___** *(if applicable):*

PETITIONER WAS CONVICTED ON THE BASIS OF CONDUCT WHICH CONS-
TITUTED PROTECTED FREEDOM OF ASSOCIATION. THIS VIOLATED
PETITIONER'S RIGHT TO FREEDOM OF ASSOCIATION AS GUARANTEED
BY THE U.S. CONSTITUTION, THE 5TH, 14TH AND 1ST AMENDMENTS.
CASE AUTHORITY: N.A.A.C.P. V. ALABAMA, 357 U.S. 449 (1958)

a. **Supporting facts:**

The legislative findings and Declaration of The Street
TERRORISM ENFORCEMENT and PREVENTION ACT (STEP) ACT
SPECIFICLY STATES it is NOT THE INTENT of The chapter
TO INTERFERE WITH THE EXERCISE of The CONSTITUTIONALLY
Protected Rights of FREEDOM OF EXPRESSION AND
ASSOCIATION THAT ARE PROTECTED BY 1st 5th AN 14th
Amendments, the constitional Rights of EVERY citizen
To HARBOR And EXPRESS beliefs on Any lawful subject
WHAT So EVER And ASSOCIATE WITH others who share
Similar beliefs. So when convicted of 186.22(A)
Without a separate crime, felony or misden-
eanor Those Rights And beliefs are infringed
Upon and violated. It is not illegal to be
A gang member, It is illegal to be a gang
Member and commit a crime. Statue Requires
Active participation And cannot punish
you for actions of associates.

b. **Supporting cases, rules, or other authority:**

( People v. GAMEZ (App. 4 dist. 1991) 286 CAL. RPTR. 894, 235
CAL. App. 3d 957. ( PEOPLE V. GARDELEY )(1996) 14th CAL. 4th 605, 622
623, 59 CAL. RPTR. 2d 356; 927 P. 2d 713. ( PEOPLE V. HERRERA (1999
70 CAL. App. 4th 1456, 1467, 83 CAL. RPTR. 2d 307. ( PEOPLE V. GARCIA ( 200
124 CAL. RPTR. 2d 464, 28 CA 14th 1166, 52 P. 3d 648 ( Roberts v.
UNITED (STATES Jaycees) SUPRA (1984) 468 U.S. At p. 622 [104 S. Ct 32

## STATEMENT OF FACTS

Petition was convicted on less than proof beyond a resonable doubt of every element of the charged crime. This violated petitioner right to due process and a fair trial, as guaranteed by the United States Constitution, and the 5th and 14th amendments. case authority:

IN RE WINDSHIP, 397 U.S. 358 (1970)

In order to satisfy the requirements for street terrorism. 186.22(A) prosecution has to prove a "pattern of criminal gang activity" through 2 predicate offenses or more, on seperate occasions, or by two or more persons with in a 3 year period. which in this case neither me or my co defendants had prior convictions, and the charged underlying crime couldn't be used because I was fully acquited of that. The prosecution must also prove that I "Aided" and abetted a seperate felony offense." which would also be impossible because I was fully acquited of all my seperate underlying offenses. The statue also requires that you "Actively participate" in the "felonious criminal conduct." conduct which is clearly felonious, i.e, which amounts to commission of offense punishable by imprisonment in state prison.

(People v. Gamez (App. 4 dist. 1991) 286 Cal. Rptr. 894, 235 Cal. App. 3d 957. (People v. Loeun (1997) 69 Cal. Rptr. 2d 776, 17 Cal. 4th 1, 947 P. 2d 1313. (In re Nathaniel C. (App. 1 Dist. 1991) 279, Cal. Rptr. 236, 228 Cal. App. 3d 990. (In re Eliodio (App. 5 Dist. 1997) 66 Cal. Rptr. 2d 95, 56 Cal. App. 4th 1175 (In re Jose P. App. 6 Dist. 2003) 130 Cal. Rptr. 2d 810, 106 Cal. App. 4th 458

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

(IN PEOPLE V. GREEN) SUPRA, 227 CAL.APP. 3d. 692, 700-704 278. CAL.RPTR. 140. THE COURTS INTERPRETATION OF THE SECTION 186.22 (A), WAS THAT IT MADE ACTIVE PART-ICIPATION IN A CRIMINAL STREET GANG, CRIMINAL "UNDER SPECIFIED CIRCUMSTANCES" THE STATUS SPECIFIER THOSE CIRCUMSTAN-CES: WILLFULLY PROMOTING, FURTHERING OR ASSISTING FELONIOUS CRIMINAL CONDUCT by GANG MEMBERS WITH KNOWLEDGE THAT GANG MEMBERS ENGAGE OR HAVE ENGAGED IN a PATTERN OF CRIMINAL GANG ACTIVITY. THE PHRASE "WILLFULLY PROMOTES, FURTHERS, OR ASSISTS IN ANY FELONIOUS CRIMINAL CONDUCT by MEMBERS OF THAT GANG" HAS BEEN INTERPRETED TO MEAN THAT THE DEFENDANT MUST BE LIABLE, <u>AT LEAST AS AN AIDER OR ABETTOR, IN THE COMMISSION OF A FELONY by A MEMBER OF THE GANG.</u> IT ALSO HELD THAT ACTIVE PARTICIPATION MUST BE MORE THAN MERE MEMBERSHIP, I.E, AN INTENTIONAL RELATIONSHIP TO OR ASSOCIATION WITH AN ORGANIZ-ATION. (AT P. 699, 278 CAL.RPTR. 140.) CRIMINAL LIABILITY MAY NOT BE PREDICATED ON MEMBERSHIP A LONE.

(IN RE ALBERTO R.) (APP. 4 dist. 1991) 1 CAL. RPTR. 2d 348, 235 CAL. APP. 3d 1309. WHEN NARROWLY CONSTRUED TO PERTAIN "ONLY" TO CONDUCT THAT WAS PURELY FELONIOUS, I.E., PUNISHABLE IN STATE PRISON, PHRASE "FELONIOUS CRIMINAL CONDUCT" AS USED IN STATUE MAKING IT OFFENSE to PROMOTE, FURTHER OR ASSISTS WAS NOT UNCONSTITUTIONAL.

(IN PEOPLE V. CASTENIDA, SUPRA), 23 CAL. 4th 743, 750 97 CAL. RPTR. 2d 906, 3 P. 3d 278. THE COURT CONCLUDED... THAT: A PERSON liABLE UNDER SECTION 186.22 (A) MUST AID AND ABET A SEPERATE FELONY OFFENSE COMMITTED by GANG MEMBERS. IN THAT WAY, AS THE BILL'S PROPONENTS STRESSED SECTION 186.22 (A) 'goes beyond THE ACTIVE MEMBERSHIP LEVEL IN (SCALES, SUPRA, 367 U.S. AT P. 255, FN 29, 81 v.ct 1499 WHICH allowed a CRIMINAL CONVICTION OF ANYONE HOLDING ACTIVE MEMBERSHIP IN a SUBVERSIVE ORGANIZATION, WITH-OUT REQUIRING THAT THE MEMBER AID & ABET ANY PART-ICULAR CRIMINAL OFFENSE COMMITTED by OTHER MEMBERS

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes. ☑ No.    If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

_____

b. Result: _____    c. Date of decision: _____

d. Case number or citation of opinion, if known: _____

e. Issues raised: (1) _____

(2) _____

(3) _____

f. Were you represented by counsel on appeal? ☐ Yes. ☑ No.  If yes, state the attorney's name and address, if known:

_____

9. Did you seek review in the California Supreme Court? ☐ Yes. ☑ No.    If yes, give the following information:

a. Result: _____    b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised: (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

Because the D.A. Lyle Scallon lied and said the conviction was valid and coerced me into giving up my right to appeal for a Dismissal of the "Gun Allegation" which was and an illegal conviction. Too

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

_____

_____

_____

_____

_____

_____

_____

_____

b. Did you seek the highest level of administrative review available? ☐ Yes. ☐ No.

*Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court?    ☑ Yes. If yes, continue with number 13.    ☐ No. If no, skip to number 15.

13. a. (1) Name of court: *SUPERIOR COURT OF CALIFORNIA, SAN BERNARDINO*

   (2) Nature of proceeding (for example, "habeas corpus petition"): *WRIT OF HABEAS CORPUS*

   (3) Issues raised: (a) *SAME ISSUES*

   (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: *April 2nd 2007*

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result: *SUPERIOR COURT OF CALIFORNIA, SAN BERNARDINO 4/2/2007 DENIED AND I'M APPEALING NOW.*

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.) *THIS CLAIM IS BASED OF ON NEWLY discovered evidence that despite due dilligence wasn't Discovered until Alleged Ar prior*

16. Are you presently represented by counsel?    ☐ Yes.    ☑ No. If yes, state the attorney's name and address, if known:

_____

17. Do you have any petition, appeal, or other matter pending in any court?    ☑ Yes.    ☐ No. If yes, explain:

*ANOTHER CASE WHERE THIS CASE IV ALLEGED AV PRIOR (FVA026530)*

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court: *I'm Appealing Lower Court DECISION.*

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: *April 23, 2007*    ▶ *Micah Kelley*
(SIGNATURE OF PETITIONER)

Page
105 Cal.Rptr.2d 837, 88 Cal.App.4th 432, People v. Ngoun, (Cal.App. 5 Dist. 2001)

"In order to prove this crime, each of the following elements must be proved:

"1. A person actively participated in a criminal street gang,

"2. The members of that gang engaged in or have engaged in a pattern of criminal gang activity,

"3. That person knew that the gang members engaged in or have engaged in a pattern of criminal gang activity;  and

"4. That person *aided and abetted* [a] member[s] of that gang in committing the crime[s] of _____."  (Emphasis added.)

This instruction was appropriately adapted to the facts of this case by the trial court.

**840   (FN21.) Subdivision (b) of section 186.22 increases the punishment for gang-related crimes.  (§ 186.22 subd. (b).)  Section 186.22, subdivision (a), encompasses a more complex intent and objective than subdivision (b).  (*People v. Robles* (2000) 23 Cal.4th 1106, 1115, 99 Cal.Rptr.2d 120, 5 P.3d 176.)

© 2005 Thomson/West. No claim to original U.S. Govt. works.

COUNTY OF SAN BERNARDINO SUPERIOR COURT
STATE OF CALIFORNIA
MINUTE ORDER

CASE NO:        SWHSS9319                    DATE:    04/02/07

CASE TITLE:    IN THE MATTER OF MICAH AKEEM KELLEY

-----------------------------------------------------------------
DEPT: S8 04/02/07 TIME:  8:30
Hearing re: PETITION FOR WRIT OF HABEAS CORPUS
-----------------------------------------------------------------

COMPLAINT TYPE: WHC

JUDGE JOHN P WADE presiding.

Clerk: Margaret Knowlton

Not reported

-

APPEARANCES:

No appearance.

-

PROCEEDINGS:

THE COURT HAS READ AND CONSIDERED THE PETITION FOR WRIT OF HABEAS
CORPUS AND RULES AS FOLLOWS:

PETITION FOR WRIT OF HABEAS CORPUS of KELLEY Denied

PLEASE SEE WRITTEN RULING FOR ANY FINDINGS.

Correspondence coversheet generated to mail ORDER DENYING PETITION
FOR WRIT OF HABEAS CORPUS to counsel of record.

Notice given by Courtroom Clerk.

Stage at Disposition: All other judgments before trial.

Case dispositioned by Judgment

=== MINUTE ORDER END ===

=== MINUTE ORDER END ===

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

San Bernardino Superior Court
351 N Arrowhead Ave
San Bernardino, CA 92415
-------------------------------------------------------------------
-------------------------------------------------------------------

CASE NO: SWHSS9319

MICAH AKEEM KELLEY
9500 ETIWANDA AVE
CDC#P21536/0603343342
RANCHO CUCAMONGA CA 91739

I M P O R T A N T   C O R R E S P O N D E N C E

From the above entitled court, enclosed you will find:

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS)

-------------------------------------------------------------------
-------------------------------------------------------------------
              CERTIFICATE OF SERVICE BY MAIL
I hereby declare that I am over the age of 18 years, a resident of San
Bernardino County, State of California, and not a party to nor
interested in the above-entitled case. I am a Deputy Court Executive
Officer of the said County and on the date shown below I served the
above named document by enclosing it in an envelope addressed to the
interested party, for collection and mailing this date, following
ordinary business practice.

Executed on 04/02/07 at San Bernardino, CA. By: MARGARET KNOWLTON

S/

-------------------------------------------------------------------

M A I L I N G   C O V E R   S H E E T

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

APR - 2 2007

BY _____
DEPUTY

1  SUPERIOR COURT
   COUNTY OF SAN BERNARDINO
2  Department No. S-8
   351 North Arrowhead Avenue
3  San Bernardino, California 92415-0240

4

5

6

7

8            IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    FOR THE COUNTY OF SAN BERNARDINO

10                       SAN BERNARDINO DISTRICT

11

12  In re the Petition of                    )  Case No. SWHSS-9319
                                             )
13     MICAH AKEEM KELLEY,                    )  ORDER DENYING PETITION
                                             )  FOR WRIT OF HABEAS CORPUS
14                                            )
    For Writ of Habeas Corpus.               )
15  _____)

16

17     The Petition of MICAH AKEEM KELLEY for Writ of Habeas Corpus was filed in this

18  Court on March 12, 2007.

19     Therein, Petitioner contends that:

20         1.  He is actually innocent of the crime he has been convicted of committing.

21         2.  The prosecutor "lied" and said the convictions were valid.

22         3.  The jury instructions in his trial were improper.

23         4.  He was convicted of conduct which is protected freedom of association.

24     On August 13, 1998, Petitioner was found guilty of a violation of Penal Code §

25  186.22(A) and 12022.5(A) (case No. FVA 09223).  On December 10, 1998, the

26  Petitioner waived his appeal rights, and based on such waiver the prosecutor struck the

27  Penal Code § 12022.5 allegation.  The middle term of two years in State Prison was

28  imposed.  According to the Petition he was released March 13, 1999.

-1-

1   Petitioner is contending that his conviction of Penal Code 186.22(A) is invalid

2  because it is an enhancement statute not a felony itself.

3   Petitioner is incorrect, Penal Code § 186.22(A) is a separate felony punishable by

4  State Prison. His conviction is not invalid.

5   There is no proof that he is "innocent". There is no evidence that the prosecutor

6  "lied". Jury instruction error is a matter for appeal which Petitioner has waived.

7   Lastly, participation in a criminal gang is not protected association.

8

9   The Petition is denied.

10

11  Dated this _2nd_ day of March, 2007.

12

13

14                                    JOHN P. WADE
                            _____

15                          JOHN P. WADE
                            Judge of the Superior Court

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (if pursuant to Welf. & Inst. Code, §§ 11475.1, 11478.2) (Name, State bar number, and address)

Telephone No:     Fax No:

ATTORNEY FOR (Name): MICAH KELLEY #0603343342 "PRO PER"

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO COURT OF APPEAL

STREET ADDRESS: 4TH APPELLATE DISTRICT DIVISION TWO

MAILING ADDRESS:

CITY & ZIP CODE: 3389 TWELFTH STREET RIVERSIDE, CA 92501

BRANCH NAME:

PETITIONER/PLAINTIFF: ATTORNEY GENERAL

RESPONDENT/DEFENDANT: MICAH KELLEY # 0603343342

**PROOF OF SERVICE**

CASE #: FVA09223/SWHSS9319

NOTICE: To serve temporary restraining orders you must use personal service (see form 1285.84).

1. I am over the age of 18, not a party to this cause, and not a protected person listed on any of the orders. I am resident of or employed in the county where the mailing took place.

2. My residence or business address is: 9500 ETIWANDA AVE RANCHO CUCAMONGA AVE 91739

3. I served a copy of the following documents (specify): "WRIT OF HABEAV CORPUS" TO; CALIFORNIA APPEALS COURT

By enclosing them in an envelope AND

    a. ☐ Depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
    b. ☐ Placing the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
    a. Name of person served: COURT OF APPEAL & ATTORNEY GENERAL 4TH APPELLATE DISTRICT DIVISION TWO &
    b. Address: 3389 TWELFTH STREET RIVERSIDE CA 92501 SAN BERNARDINO, C D.A'S OFFICE
    c. Date Mailed:
    d. Place of Mailing (City & State):

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of person completing this form     Date:     Type or print name: MICAH KELLEY

**PROOF OF SERVICE BY MAIL**

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )  *(IN PRO PER)*
                       ) SS
COUNTY OF SAN DIEGO )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, *Kenneth Wilson*, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action.  My address is listed below.

On *4/29/08*, I served the following documents:

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

*WRIT OF HABEAS CORPUS    CALIFORNIA*
*PETITION FOR    STATE SUPREME*
*REVIEW    COURT*
*350 MC ALLISTER ST*
*SAN FRANCISCO, CA 94102*

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed in the County of San Diego, California on *4/28/08*    *J09593*    *Kenneth R Wilson*

*Micah Kelly*

*MICAH KELL(sp # P.21536*
*FAC. 7. 5b/d #13L  4803 ALTA ROAD*
P.O. BOX *799007*
San Diego, CA   92179-900*07*

Pursuant to the holding of the United States Supreme Court in <u>Houston v. Lack</u> 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1988 is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Micah Kelley

DEFENDANTS

Hernandez, et al

FILING FEE PAID
Yes    No
IFP MOTION FILED
Yes    No
CONSENT TO
Court    Pro se

FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                     DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** San Diego
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Micah Kelley
PO Box 799001
San Diego, CA 92179
P-21536

ATTORNEYS (IF KNOWN)

'08 CV 1440 BTM BLM

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)       FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 36﹡ Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint:   JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE   Docket Number

DATE   8/7/2008   SIGNATURE OF ATTORNEY OF RECORD

R. Mulley