

| | | |
|---|---|---|
| cacd_ecfmail@cacd.uscourts.gov | To | InterdistrictTransfer_CASD@casd.uscourts.gov |
| 08/22/2008 11:11 AM | cc | |
| | bcc | |
| | Subject | Transferred case has been opened |

```
CASE: 3:08-cv-01440

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
CALIFORNIA
as case 5:08-cv-01132, filed 08/21/2008.
```